# In the United States Court of Federal Claims

No. 10-339C

(Filed: June 3, 2010)

_____

CRASSOCIATES, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Friday, June 4, 2010, at 10:00 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge