# In the United States Court of Federal Claims

No. 10-339C

(Filed: June 7, 2010)

_____

CRASSOCIATES, INC,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant,

  and

SPECTRUM HEALTHCARE RESOURCES, INC.,

        Defendant-Intervenor.

_____

**ORDER**

_____

      On June 4, 2010, a preliminary conference was held in this case. Participating in the conference were Kenneth Weckstein, for plaintiff, Jeffrey Renger, for defendant, and Amy O'Sullivan, for defendant-intervenor. Based on discussions during the conference, it was agreed that:

1.     The Army shall refrain for four weeks, until July 2, 2010, from issuing to defendant-intervenor a notice to proceed for the contract awarded under Solicitation No. W81K04-09-R-0002;

2.     On or before June 11, 2010, defendant shall file the administrative record on a CD-ROM, and shall effectuate service to all parties via messenger;

3.     On or before June 18, 2010, defendant shall file its response to plaintiff's motion for preliminary injunction;

4. On or before June 25, 2010, plaintiff shall file its reply in support of its motion for preliminary injunction;

5. Oral argument on plaintiff's motion for preliminary injunction will be held on June 29, 2010, at 10:00 a.m. (EDT), argument to be either telephonic or in person based upon verification to be supplied by defendant's counsel;

6. On or before July 9, 2010, plaintiff shall file its motion for judgment on the administrative record;

7. On or before August 13, 2010, defendant shall file its cross-motion for judgment on the administrative record and its response to plaintiff's motion;

8. On or before August 27, 2010, plaintiff shall file its response to defendant's motion and its reply in support of its motion for judgment on the administrative record;

9. On or before September 10, 2010, defendant shall file its reply in support of its cross-motion for judgment on the administrative record;

10. Oral argument on these motions for judgment on the administrative record will be held on September 14, 2010, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument;

12. All briefing deadlines applicable to defendant shall apply likewise to defendant-intervenor; and

13. Defendant shall not be required to file a response to the complaint in this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge