# In the United States Court of Federal Claims

No. 10-339C

(Filed: June 29, 2010)
_____

CRASSOCIATES, INC,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant,

   and

SPECTRUM HEALTHCARE RESOURCES, INC.,

        Defendant-Intervenor.
_____

**ORDER**
_____

Today, oral argument was held on plaintiff's motion for a preliminary injunction. Participating in the argument were Kenneth Weckstein, for plaintiff, Jeffrey Renger, for defendant, and Amy O'Sullivan, for defendant-intervenor.  Accordingly:

1. The court **DENIES** plaintiff's motion for a preliminary injunction for the reasons stated during oral argument; and

2. Prior to initiation of Spectrum's transition plan, defendant and defendant-intervenor shall file a stipulation relating to the contract administration matters discussed during oral argument.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge