# In the United States Court of Federal Claims

No. 10-339C

(Filed: July 27, 2010)

_____

CRASSOCIATES, INC,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant,

  and

SPECTRUM HEALTHCARE RESOURCES, INC.,

        Defendant-Intervenor.

_____

**ORDER**

_____

Due to the delay in plaintiff filing a motion for judgment on the administrative record that conforms with the court's rules, the court hereby modifies the schedule in this case, as follows:

1. On or before August 16, 2010, defendant shall file its cross-motion for judgment on the administrative record and its response to plaintiff's motion;

2. On or before August 30, 2010, plaintiff shall file its response to defendant's motion and its reply in support of its motion for judgment on the administrative record;

3. On or before September 13, 2010, defendant shall file its reply in support of its cross-motion for judgment on the administrative record;

4. All briefing deadlines applicable to defendant shall apply likewise to defendant-intervenor; and

5.       Oral argument on these motions for judgment on the administrative record remains on September 14, 2010, but will now be held at 2:00 p.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge