# In The United States Court of Federal Claims

No. 10-339C

(Filed:  January 19, 2011)
_____

CRASSOCIATES, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On January 10, 2011, the parties filed a joint motion to amend the June 7, 2010, protective order.  The motion is hereby **GRANTED**.  Accordingly:

1. Paragraph 20 of the protective order is modified as follows: "Within thirty (30) days following the conclusion of any protests of the award decision (including any appeals or remands), each party must destroy all protected information and certify in writing to each other party that such destruction has occurred or must return the protected information to the parties from which the information was received.  Each party may retain one copy of such documents provided those documents are properly marked and secured;" and

2. The court grants the parties leave to use protected information in connection with any protests of the award decision.

**IT IS SO ORDERED.**

                           s/ Francis M. Allegra
                           Francis M. Allegra
                           Judge